# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

DARNEL ANTOINE, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

ESPN ENTERPRISES, INC.,

    Defendant.

_____/

Case No. 2:23-cv-00887-JLB-NPM

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## JOINT STATUS REPORT

Plaintiff Darnel Antoine and Defendant ESPN Enterprises, Inc., provide this status report as required by the Court's Order. On October 1, 2025, the parties agreed that this action may be dismissed, with each party to bear their own attorneys' fees and costs.

Dated: October 1, 2025

                                    Respectfully submitted,

By:

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel Hiraldo, Esq.*
Florida Bar No. 030380
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
mhiraldo@hiraldolaw.com
305.336.7466
***Lead Counsel for Plaintiff***

**HOGAN LOVELLS US LLP**

*/s/ Mark R. Cheskin*
Mark R. Cheskin
Florida Bar No. 143154
600 Brickell Avenue
Suite 2700
Miami, Florida 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
mark.cheskin@hoganlovells.com

Allison Holt Ryan
*Admitted Pro Hac Vice*
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
allison.holt-ryan@hoganlovells.com
*Counsel for Defendant*